RECEIVED

MAR 1 2 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| JOHN ELLIS BIRDSONG<br>LA. DOC #127307 | CIVIL ACTION NO. 5:13-cv-1107 |
| VS. | SECTION P<br>JUDGE WALTER |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 11 day of March, 2014.

*[signature: Donald E. Walt]*

**UNITED STATES DISTRICT JUDGE**